```
JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>KAREN I. FLORES,<br><br>            Defendant | No. CV A 08-0483<br><br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Karen I. Flores, in the principal amount of $2,906.18 plus interest accrued to January 16, 2008, in the sum of $2,449.33; with interest accruing thereafter at 6.25% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**5,355.51**.

DATED: February 4, 2004          By: Sherri R. Carter
                                     Clerk of the Court


                                     /s/ K. Phillips for Sharon McGee-Traylor
                                     Deputy Clerk
                                     United States District Court

Page 5